UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TAYLOR PATRICK AND LEAH PATRICK, <br><br> Plaintiffs, <br><br> v. <br><br> LEANDER INDEPENDENT SCHOOL DISTRICT <br><br> Defendant. | § § § § § § § § § § § § § §     CAUSE NO. 1:12-cv-00155 |

**PLAINTIFFS' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
AND DESIGNATION OF LEAD COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs Taylor Patrick and Leah Patrick (collectively "Patrick"), and gives notice of the appearance of the following additional counsel of record on their behalf:

Rod S. Squires
State Bar No. 18979300
Ryan C. Johnson
State Bar No. 24048574
Melissa Waden Wray
State Bar No. 24008614
BEARD KULTGEN BROPHY BOSTWICK DICKSON & SQUIRES, LLP
220 South Fourth Street
Post Office Box 21117
Waco, Texas 76702-1117
(254) 776-5500
(254) 776-3591 facsimile

Plaintiffs further give notice that Rod S. Squires shall be lead counsel and Ryan C. Johnson and Melissa Waden Wray shall be co-counsel. All three have authority to bind Plaintiffs before this Court.

Respectfully submitted,

**BEARD KULTGEN BROPHY
BOSTWICK DICKSON & SQUIRES, LLP**

/s/ Melissa Waden Wray
Rod S. Squires
State Bar No. 18979300
Ryan C. Johnson
State Bar No. 24048574
Melissa Waden Wray
State Bar No. 24008614
220 South Fourth Street
Post Office Box 21117
Waco, Texas 76702-1117
(254) 776-5500
(254) 776-3591 facsimile

**CIRKIEL & ASSOCIATES, PC**
Mr. Martin Jay Cirkiel, Esq.
State Bar No. 00783829
Mr. Christopher Bennett, Es.
State Bar No. 24069367
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
(512) 244-6658
(512) 244-6014 facsimile

**THE ZIMMERMAN LAW FIRM**
Mr. Michael Zimmerman, Esq.
State Bar No. 22271400
3501 W. Waco Drive
Waco, Texas 76710
(254) 752-9688
(254) 752-9680 facsimile

**ATTORNEYS FOR PLAINTIFFS**